# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMEL DALLUGE,

      v.

DEPARTMENT OF CORRECTIONS, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5035 RBL/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     This action be dismissed without prejudice based on plaintiff's motion and that no filing fee be imposed.

| March 18, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                      s/ Mary Trent
                                          Deputy Clerk